# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2748
_____

Mohamed Shakeel Siddiqui

*Petitioner*

v.

Merrick B. Garland, Attorney General of the United States

*Respondent*
_____

Petition for Review of an Order of the
Board of Immigration Appeals
_____

Submitted: August 16, 2022
Filed: August 19, 2022
[Unpublished]
_____

Before COLLOTON, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Indian citizen Mohamed Shakeel Siddiqui petitions for review of an order of the Board of Immigration Appeals, upholding an immigration judge's determination that he was inadmissible upon reentry to the United States.[1]  Having jurisdiction

-----

[1]Siddiqui does not challenge the adverse credibility determination; or denial of asylum, withholding of removal, relief under the Convention Against Torture,

under 8 U.S.C. §§ 1252(d)(1) and 1252, and upon careful consideration, this court finds no basis for reversal. *See Davila-Mejia v. Mukasey*, 531 F.3d 624, 627 (8th Cir. 2008) (this court reviews the BIA's decision, as it is the final agency decision; and to the extent the BIA adopted the IJ's findings or reasoning, also reviews the IJ's decision).

      The petition is denied. *See* 8th Cir. R. 47B.

———————————————

---

cancellation of removal, and adjustment of status; accordingly, any challenges have been waived. *See Chay-Velasquez v. Ashcroft*, 367 F.3d 751, 756 (8th Cir. 2004) (where claim is not raised or meaningfully argued in opening brief, it is deemed waived).